## UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*Gillespie v. Davol, Inc., et al.*
**Case No. 2:20-cv-1691**

## ORDER

On September 22, 2022, the Court granted Defendants' Motion to Compel Plaintiff Profile Form ("PPF") and ordered Plaintiff to produce the PPF within 14 days, and indicated that if Plaintiff did not comply the Court intended to dismiss the case. (ECF No. 7.) On November 22, 2022, Defendants filed a notice indicating that Plaintiff had not produced the PPF and requesting that the Court dismiss Plaintiff's case with prejudice. (ECF No. 9.) Also on November 22, Plaintiff's counsel filed a response indicating that through the course of her efforts to comply with the order compelling the PPF, she learned that Plaintiff had passed away. (ECF No. 10.) Plaintiff's counsel asked for additional time to aid in her efforts to locate Plaintiff's next of kin and substitute a proper party as plaintiff. (*Id.*) The Court granted Plaintiff's counsel three extensions of time to do so, and indicated that no further extensions would be granted. (ECF Nos. 11, 13, 15.) Plaintiff's counsel has failed to file a motion to substitute, therefore this case is **DISMISSED**.

**IT IS SO ORDERED.**

**7/6/2023**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**